CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

FEB 2 8 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| REGINA M. HICKS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:09CV00074 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **COMMISSIONER OF SOCIAL** ) | By: James P. Jones |
| **SECURITY,** ) | United States District Judge |
| ) | |
| Defendant. ) | |

It appearing that no objections have been timely filed to the Report filed February 3, 2011, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: February 28, 2011

/s/ James P. Jones
United States District Judge